AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

|  |  |
|---|---|
| SEAN TACKETT | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:20-CV-00002 |
| | ) |
| JAKELTON JAMAL JOINER AND | ) |
| BO MOSES TRUCKING CO., INC. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bo Moses Trucking Co., Inc., c/o Mr. Harry E. Moses, 410 N. 2nd Street, Stephens, AR 71764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     M. Raymond Hatcher
Sloan, Hatcher, Perry, Runge, Robertson & Smith
101 E. Whaley St.
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  ____1/6/20____                          *David A. O'Toole*
                                       _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-CV-00002

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bo Moses Trucking Co., Inc.

was received by me on *(date)*  1/6/2020 .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   CMRRR 9489009000276166141096

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  1/17/2020

_____
*Server's signature*

Kena Ridge
*Printed name and title*

Sloan Law Firm, P.C.
101 E. Whaley St.
Longview, TX 75601
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

**Tracking Number:** 9489009000276166141096

Your item was delivered at 9:39 am on January 16, 2020 in STEPHENS, AR 71764.

**Status**

# Delivered

January 16, 2020 at 9:39 am
Delivered
STEPHENS, AR 71764
**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**January 16, 2020, 9:39 am**
Delivered
STEPHENS, AR 71764
Your item was delivered at 9:39 am on January 16, 2020 in STEPHENS, AR 71764.

---

**January 11, 2020, 8:02 am**
Available for Pickup
STEPHENS, AR 71764

---

**January 11, 2020, 7:14 am**
Arrived at Post Office
STEPHENS, AR 71764

---

**January 10, 2020**
In Transit to Next Facility

---

**January 7, 2020, 11:18 am**
USPS picked up item
LONGVIEW, TX 75601