AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| SEAN TACKETT <br><br> *Plaintiff(s)* <br> v. <br> JAKELTON JAMAL JOINER AND <br> BO MOSES TRUCKING CO., INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-CV-00002 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   JAKELTON JAMAL JOINER, 556 Andrews Road, Marion, Louisiana 71260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Raymond Hatcher
Sloan, Hatcher, Perry, Runge, Robertson & Smith
101 E. Whaley St.
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/6/20

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-00002

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jakelton Jamal Joiner

was received by me on *(date)* 1/6/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* CMRRR #9489009000276166141102

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2020

Server's signature: *Kena Ridge*

Printed name and title: Kena Ridge, Legal Assistant

Server's address: Sloan Law Firm, P.C.
101 E. Whaley St.
Longview, TX 75601

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**Tracking Number:** 9489009000276166141102

Your item was delivered to an individual at the address at 1:21 pm on January 9, 2020 in MARION, LA 71260.

**Status**

# Delivered

January 9, 2020 at 1:21 pm
Delivered, Left with Individual
MARION, LA 71260
**Get Updates**

Delivered

**Text & Email Updates**
**Tracking History**
**January 9, 2020, 1:21 pm**
Delivered, Left with Individual
MARION, LA 71260
Your item was delivered to an individual at the address at 1:21 pm on January 9, 2020 in MARION, LA 71260.

---

**January 9, 2020, 7:48 am**
Arrived at Post Office
MARION, LA 71260

---

**January 8, 2020**
In Transit to Next Facility

---

**January 7, 2020, 11:18 am**
USPS picked up item
LONGVIEW, TX 75601

---

**Product Information**